# Notice Recipients

District/Off: 0315−2                User: auto                        Date Created: 6/13/2022

Case: 22−21050−CMB              Form ID: pdf900                  Total: 20

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr  | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Joseph E. Fieschko, Jr. | joe@fieschko.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | George E Gaster | 138 Woodside Old Frame Road    Smithfield, PA 15478 |
| cr | PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 15489050 | ACAR Leasing LTD d/b/a GM Financial Leasing    P.O. Box 183853    Arlington, TX 76096 |
| 15486704 | Central Fiscal Service    811 Wilshire Blvd, 17th Floor    Los Angeles, CA 90017 |
| 15486705 | Credit Collections USA    16 Distributor Drive, Suite 1    Morgantown, WV 26501−9920 |
| 15486706 | Crescent Bank and Trust    PO Box 2585    Addison, TX 75001 |
| 15489045 | Crescent Bank and Trust    PO Box 2829    Addison, TX 75001 |
| 15486707 | Fidelity National Collections    DIV Fidelity Properties, Inc.    885 S Sawburg Ave., Ste 103    Alliance, OH 44601−5905 |
| 15486709 | LVNV Funding    c/o Resurgent Capital Services    PO Box 1269    Greenville, SC 29603 |
| 15489398 | LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 |
| 15486708 | Landmark Financial    4425 Ponce DeLeon Blvd    Mail Stop Mx5/251    Miami, FL 33146 |
| 15486710 | M&T Bank    PO Box 900    Millsboro, DE 19966 |
| 15486711 | Portfolio Recovery Associates    120 Corporate Blvd., Suite 1    Norfolk, VA 23502 |
| 15487288 | Synchrony Bank    c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 15486712 | Verizon    PO Box 489    Newark, NJ 07101−0489 |
| 15489038 | West Penn Power    5001 NASA Blvd    Fairmont, WV 26554 |
| 15486713 | West Penn Power    76 South Main Street    Akron, OH 44308−1890 |

TOTAL: 17