UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 22-21050-CMB

George E Gaster                                                                                           Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-21050-CMB

George E Gaster  Chapter 13

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 17, 2022 :

| | |
|---|---|
| Joseph E. Fieschko, Jr.<br>Fieschko & Associates Suite 2230<br>436 7th Avenue<br>Pittsburgh, PA 15219 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By /s/ Lorenzo Nunez
Lorenzo Nunez

xxxxx42916 / 1057685