**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−21050−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
　George E Gaster
　138 Woodside Old Frame Road
　Smithfield, PA 15478

Social Security No.:
　xxx−xx−8288

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Joseph E. Fieschko Jr.<br>Fieschko & Associates<br>Suite 2230<br>436 7th Avenue<br>Pittsburgh, PA 15219<br>Telephone number: 412−281−2204 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 8, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>August 8, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/12/22

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                   Case No. 22-21050-CMB

George E Gaster                                                                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                         User: auto                                                                            Page 1 of 2

Date Rcvd: Jul 12, 2022                                         Form ID: rsc13                                                      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George E Gaster, 138 Woodside Old Frame Road, Smithfield, PA 15478-1122 |
| 15486704 | + | Central Fiscal Service, 811 Wilshire Blvd, 17th Floor, Los Angeles, CA 90017-2606 |
| 15486706 | + | Crescent Bank and Trust, PO Box 2585, Addison, TX 75001-2585 |
| 15486708 | + | Landmark Financial, 4425 Ponce DeLeon Blvd, Mail Stop Mx5/251, Miami, FL 33146-1837 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 04:25:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489050 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2022 04:19:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15489045 | | Email/Text: bankruptcy@cbtno.com | Jul 13 2022 04:19:00 | Crescent Bank and Trust, PO Box 2829, Addison, TX 75001 |
| 15486705 | + | Email/Text: ccusa@ccuhome.com | Jul 13 2022 04:19:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15486707 | | Email/Text: eblymiller@fidelitycollections.com | Jul 13 2022 04:19:00 | Fidelity National Collections, DIV Fidelity Properties, Inc., 885 S Sawburg Ave., Ste 103, Alliance, OH 44601-5905 |
| 15486709 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:23 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15489398 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15486710 | | Email/Text: camanagement@mtb.com | Jul 13 2022 04:19:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15486711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 04:25:23 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 15493696 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 04:25:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15487288 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15486712 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2022 04:19:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |

| 15489038 | + Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Jul 13 2022 04:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15486713 | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Jul 13 2022 04:19:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15492096 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Joseph E. Fieschko, Jr. | on behalf of Debtor George E Gaster joe@fieschko.com  rcfishko@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4