# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **George E. Gaster**                                                                 Case No.  **22-21050**

Debtor(s)                                                                                    Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-8288**

**My Former Mailing Address and Telephone Number was:**

Name:    **Joseph E. Fieschko, Jr., Esquire**

Street:   **Suite 2230, 436 7th Avenue**

City, State and Zip:   **Pittsburgh, PA  15219**

Telephone #:   412-281-2204

**Please be advised that effective April 1, 2024,
my (our) new mailing address and telephone number is:**

Name:    **Joseph E. Fieschko, Jr., Esquire**

Street:   **300 Cedar Blvd, Suite 202**

City, State and Zip:   **Pittsburgh, PA  15228**

Telephone #:   **412-281-2204**

                                                                          /s/ **Joseph E. Fieschko, Jr. Esquire**
                                                                          **Joseph E. Fieschko, Jr., Esquire**
                                                                          Attorney for the Debtor