IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  GEORGE E. GASTER,        BANKRUPTCY CASE NO.  20-21050
                                 CHAPTER 13

            Debtor               Hearing Date:  October 1, 2024@1:30 PM
                                 Response Due:  September 24, 2024

GEORGE E. GASTER,                 Related Document No.:  57


            Movants

vs.

RONDA J. WINNECOUR,
Chapter 13 Trustee,

            Respondent


NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION TO SEEK
MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE RESPONDENTS:

        You are hereby notified that the above Movant seeks an order affecting your rights or
property.
        You are further notified to file with the Clerk and serve upon the undersigned attorney for
Movant a response to the motion no later than September 24, 2024, i.e. seventeen (17) days after
the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local
Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the
Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be
granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on
the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing
will go forward as scheduled.

        You should take this to your lawyer at once.

        A **zoom video conference** hearing will be held on October 1, 2024, at 1:30 PM. before
Judge Carlota M. Bohm via the **zoom video conference application**. To participate in and join a
Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled
Zoom Hearing time: https://www.zoomgov.com/j/16143800191. For questions regarding the
connection, contact Judge Bohm's Chambers at 412-644-4328.  All attorneys and Parties may
only appear by Zoom and must comply at
https://www.pawb.uscourts.gov/sites/defautl/files/pdfs/cmb-proc-videohrg.pdf.  Under the

current Covid 19 circumstances, the general public may appear telephonically if unable to do so via the internet.  When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  August 28, 2024                    By:/s/ Joseph E. Fieschko, Jr.
                                                     Joseph E. Fieschko, Jr., Esquire
                                                     Suite 2230
                                                     436 Seventh Avenue
                                                     Pittsburgh, PA  15219
                                                     412-281-2204
                                                     PA I.D.#28797

<u>CERTIFICATE OF SERVICE</u>


      I, Joseph E. Fieschko, Jr., attorney for the debtor, do hereby swear under penalty of perjury, that I have served by electronic filing and First Class Mail, a true and correct copy of the NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7 on the following:

Electronic Filing:
Office of the US Trustee
Ronda J. Winnecour, Chapter 13 Trustee
First Class Mail:


```
Central Fiscal Service
811 Wilshire Blvd, 17th Floor
Los Angeles, CA 90017

Credit Collections USA
16 Distributor Drive, Suite 1
Morgantown, WV 26501-9920

Crescent Bank and Trust
PO Box 2585
Addison, TX 75001

DIV Fidelity Properties, Inc.
885 S Sawburg Ave., Ste 103
Alliance, OH 44601-5905

Landmark Financial
4425 Ponce DeLeon Blvd
Mail Stop Mx5/251
Miami, FL 33146

LVNV Funding
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

M&T Bank
PO Box 900
Millsboro, DE 19966

Portfolio Recovery Associates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Verizon
PO Box 489
Newark, NJ 07101-0489
```

```
West Penn Power
76 South Main Street
Akron, OH 44308-1890
```

Dated: August 28, 2024        By:/s/Joseph E. Fieschko, Jr.
                             Joseph E. Fieschko, Jr.