IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  George E. Gaster, | : | Bankruptcy No.: 22-21050-CMB |
| | : | |
| Debtor | : | |
| | : | Related Doc Nos.:  62 |
| | : | |
| Movant | : | Hearing Date:  10/24/2024@1:30 pm |
| George E. Gaster, | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

<u>CERTIFICATE OF SERVICE OF ORDER OF COURT</u>

     I, Joseph E. Fieschko, Jr., of Fieschko and Associates, Inc. do hereby certify under penalty of perjury that I have served a true and correct copy of the ORDER OF COURT by first class mail and electronic filing on the following:

Electronic filing:
Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Attorney

First Class Mail:
Central Fiscal Service
811 Wilshire Blvd, 17th Floor
Los Angeles, CA 90017

Credit Collections USA
16 Distributor Drive, Suite 1
Morgantown, WV 26501-9920

Crescent Bank and Trust
PO Box 2585
Addison, TX 75001

Fidelity National Collections
DIV Fidelity Properties, Inc.
885 S Sawburg Ave., Ste 103
Alliance, OH 44601-5905

Landmark Financial

4425 Ponce DeLeon Blvd
Mail Stop Mx5/251
Miami, FL 33146

LVNV Funding
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

M&T Bank
PO Box 900
Millsboro, DE 19966

Portfolio Recovery Associates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Verizon
PO Box 489
Newark, NJ 07101-0489

West Penn Power
76 South Main Street
Akron, OH 44308-1890

Dated:  September 9, 2024                    By:/s/ Joseph E. Fieschko, Jr.
                                             Joseph E. Fieschko, Jr., Esquire
                                             2230 Koppers Building
                                             Pittsburgh, PA  15219
                                             412-281-2204