IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE E. GASTER,  :  BANKRUPTCY NO. 22-21050-CMB
:  CHAPTER 7
Debtor  :


## SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION.


**NONE**

Respectfully Submitted:

/s/Joseph E. Fieschko Jr.
Attorney for the Debtor
Joseph E. Fieschko Jr., Esquire
Suite 202
300 Cedar Blvd
Pittsburgh PA  15228
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797