**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GEORGE E GASTER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-21050<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/02/2022 and confirmed on 08/09/2022. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,127.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,122.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,800.00 | |
|     Trustee Fee | 2,598.90 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,398.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 29,107.16 | 0.00 | 29,107.16 |
|     Acct: 6813 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 42,691.79 | 13,615.94 | 0.00 | 13,615.94 |
|     Acct: 6813 | | | | |
|   CRESCENT BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9976 | | | | |
| | | | | 42,723.10 |
| **Priority** | | | | |
|   JOSEPH E FIESCHKO JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE E GASTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE E GASTER | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH E FIESCHKO JR ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |

                                              \*\*\*N O N E\*\*\*

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CENTRAL FISCAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5769 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9234 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1571 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2234 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1627 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2307 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2311 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3149 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3269 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3271 | | | | |
| FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3725 | | | | |
| LVNV FUNDING LLC | 513.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2637 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 7,549.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7208 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 315.87 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 10,854.78 | 0.00 | 0.00 | 0.00 |
| Acct: 2455 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 3,255.63 | 0.00 | 0.00 | 0.00 |
| Acct: 2916 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2637 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                    42,723.10

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 42,691.79 |
| UNSECURED | 22.489.14 |

Date: 09/25/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com